# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO 0:19-CV-60074-WPD

NATHALIA MARIN,
individually and on behalf of all others
similarly situated,

**CLASS ACTION**

*Plaintiff*,

**JURY TRIAL DEMANDED**

v.

CORE INSTITUTE, LLC D/B/A CORE
MEDICAL GROUP a Florida limited
liability company,

*Defendant*,

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Nathalia Marin, by and through undersigned counsel, herby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within ten (10) days.

Date: February 12, 2019

Respectfully Submitted,

| **SHAMIS & GENTILE, P.A.**<br><br>/s/ Andrew J. Shamis<br>Andrew J. Shamis, Esq.<br>Florida Bar No. 101754<br>14 NE 1st Ave.<br>Suite 1205<br>Miami, Florida 33132<br>ashamis@shamisgentile.com<br>Telephone: 305.479.2299<br><br>Counsel for Plaintiff and the Class | **EDELSBERG LAW, PA**<br>Scott Edelsberg, Esq.<br>Florida Bar No. 0100537<br>scott@edelsberglaw.com<br>19495 Biscayne Blvd #607<br>Aventura, FL 33180<br>Telephone: 305-975-3320<br><br>Counsel for Plaintiff and the Class |
|---|---|

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 1205
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@shamisgentile.com

By:   /S/Andrew J. Shamis____
       ANDREW J. SHAMIS, ESQ
       Florida Bar # 101754

*Attorneys for Plaintiff NATHALIA MARIN and all others similarly situated.*