UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60074-CIV-DIMITROULEAS

NATHALIA MARIN, individually
and on behalf of all others
similarly situated,

    Plaintiffs,

vs.

CORE INSTITUTE, LLC D/B/A MEDICAL
GROUP, a Florida Limited Liability Company,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on Plaintiff's Notice of Dismissal With Prejudice [DE 9] (the "Notice"), filed herein on February 26, 2019. The Court has carefully considered the Notice, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Notice [DE 9] is hereby **APPROVED**;
2. All claims of the Plaintiff, Nathalia Marin, individually, are hereby dismissed with prejudice.
3. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

4. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 26th day of February, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record